IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CALVIN E. SUGGS, JR., #Y05452**

    **Plaintiff,**

vs.                                                    Case No.  4:14cv249-MW/CAS

**DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk.  In an Order filed May 27, 2014, Plaintiff was directed to either (1) file a motion for leave to file in forma pauperis, or (2) pay the filing fee, or (3) file a notice of voluntary dismissal of this action by June 27, 2014.  Plaintiff was specifically warned that a recommendation would be made that this case would be dismissed if he did not comply with that order.  Doc. 5.  To date, no response has been received from the Plaintiff.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991).  Also, Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss

an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790 (11th Cir. 1993). Plaintiff did not comply with a court order or prosecute this case. This action should now be dismissed.

Plaintiff shall have a 14 day period after service of this Report and Recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on July 16, 2014.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**