IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN E. SUGGS, JR.,

    **Plaintiff,**

v.                                  CASE NO.  4:14cv249-MW/CAS

DEPARTMENT OF CORRECTIONS,

    **Defendant.**

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed July 16, 2014.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice**."

1

The Clerk shall close the file.

**SO ORDERED on August 13, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
